

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Esaw Lampkin, Appellant

No. 06-14-00024-CR  v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42,897-B). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's judgment on appellant's guilt. We reverse the trial court's judgment and remand the case to the trial court for a new trial on punishment only.

We note that the appellant, Esaw Lampkin, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

We further order that the appellee shall pay one half of all costs of appeal.

RENDERED AUGUST 11, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk